UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:                                                                         Chapter 11

ORION HEALTHCORP, INC.                                      Case No.: 18-71748 (AST)

                              Debtors,
-------------------------------------------------------------------- x
HOWARD M. EHRENBERG IN HIS CAPACITY AS
LIQUIDATING TRUSTEE OF ORION HEALTHCORP
INC., ET. AL.,

                                                                    Adversary Proceeding No.
                                     Plaintiffs,         20-08051 (AST)

v.

ELENA SARTISON, 2 RIVER TERRACE APARTMENT
12J LLC, CLODAGH BOWYER GREENE A/K/A
CLODAGH BOWYER, ELLIOTT GREENE,

                                       Defendants.
--------------------------------------------------------------------------x

## NOTICE OF APPEARANCE AS COUNSEL

SIRS:

        PLEASE TAKE NOTICE, that the Defendant, Elena Sartison has retained Albert Y. Dayan, Esq. as her attorney and respectfully requests that a copy of all papers in this proceeding be served upon the undersigned at this office and post office address stated below.

Dated: Kew Gardens, New York
         May 1, 2020

                                       Respectfully submitted,

                                       _____/s/_____
                                       Albert Y. Dayan, Esq. (AYD-5222)
                                       Attorney at Law for Defendant
                                       ELENA SARTISON
                                       80-02 Kew Gardens Road, Suite 902
                                       Kew Gardens, New York 11415
                                       (718) 268-9400
                                       dayanlaw@aol.com