UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC[1]. | Case No. 18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | Adv. Pro. No. 20-08051 (AST) |
| Plaintiff, | |
| v. | |
| ELENA SARTISON; 2 RIVER TERRACE APARTMENT 12J, LLC; CLODAGH BOWYER GREENE A/K/A CLODAGH BOWYER; ELLIOTT GREENE, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

STATE OF NEW JERSEY     )
                        )   ss.:
COUNTY OF SOMERSET      )

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

I, La Asia S. Canty, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On September 30, 2020, I caused a true and correct copy of the following documents to be served via electronic mail and First Class US Mail upon the party set forth on the service list annexed hereto as **Exhibit 1** and via Federal Express upon the parties set forth on the service list annexed hereto as **Exhibit 2**:

- *Notice and Motion for Entry of Default and For Entry of Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC* [Docket No. 21]; and

- *Request for Judicial Notice in Support of Motion for Entry of Default and For Entry of Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC* [Docket No. 22].

                                                     */s/ La Asia S. Canty*
                                                     La Asia S. Canty

## EXHIBIT 1

**VIA EMAIL AND FIRST CLASS US MAIL**
Laurence D. Pittinsky, Esq.
Rosenberg & Pittinsky, LLP
232 Madison Avenue, Suite 906
New York, New York 10016
Email: larry@rpllplaw.com

*Counsel to Residential Board of Managers of the*
*Riverhouse on Rockefeller*

## EXHIBIT 2

**VIA FEDERAL EXPRESS**
Attn: Resident
2 River Terrace, Apt. 12J
New York, NY 10282

**VIA FEDERAL EXPRESS**
2 River Terrace Apartment 12J, LLC
c/o Phil Thomas, Esq./Adam Greene, Esq.
Robinson Brog Leinward Greene, *et al*.
875 Third Avenue
New York, NY 10022