| | |
|---|---|
| Attorney(s) | Pachulski Stang Ziehl Jones Law Offices |
| Index # | 8-20-08051-AST |
| Purchased/Filed: | |
| State of New York | |
| Court: | U. S. District |
| County: | Eastern Dist. |

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Orion Healthcorp., Inc.

Plaintiff(s)

against

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 55 yrs

Weight: 120 lbs   Height: 5' 1"   Sex: Female   Color of skin: White

Hair color: Brown   Other: ___

__Robert Guyette__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on __October 1, 2020__, at __12:30 PM__, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

Notice of Presentment of Motion for Entry of Default and for Entry of Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC and Motion for Entry of Default and for Entry of Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC with Request for Judicial Notice in Support of Motion for Entry of Default and for Entry of Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC

on

**2 River Terrace Apartment 12J, LLC**

the Defendant in this action, by delivering to and leaving with __Nancy Dougherty__ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __$40__ dollars; That said service was made pursuant to Section __LIMITED LIABILITY COMPANY LAW §303__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

1st day of October 2020

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette

**Invoice•Work Order #** 2030055
Attorney File #  **Orion Healthcorp., Inc.**