UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In Re:                                                                                 Chapter 11

ORION HEALTHCORP., INC.,                                      Case No.: *18-71748 (AST)*

                                                          (Jointly Administered)

                            Debtors.
-------------------------------------------------------------------X
HOWARD M. EHRENBERG IN HIS
CAPACITY AS LIQUIDATING TRUSTEE OF            Adv. Pro. No.: *20-08051 (AST)*
ORION HEALTHCORP, INC., ET AL.,

                            Plaintiff,
  v.

ELENA SARTISON, 2 RIVER TERRACE            **NOTICE OF APPEARANCE**
APARTMENT 12J LLC, CLODAGH BOWYER        **AND DEMAND FOR**
GREEN A/K/A CLODAGH BOWYER,                     **SERVICE OF PAPERS FOR**
ELLIOTT GREENE,                                                      **THE RESIDENTIAL BOARD OF**
                                                                  **MANAGERS OF RIVERHOUSE**
                                                                   **ONE ROCKEFELLER PARK**
                                                                   **CONDOMINIUM**

                            Defendants.
-------------------------------------------------------------------X

**TO THE CLERK OF THIS COURT
AND ALL PARTIES OF RECORD:**

       **PLEASE TAKE NOTICE**, that Rosenberg & Pittinsky, LLP, by Laurence D. Pittinsky Esq., hereby appears in the above entitled proceeding as attorneys for the Residential Board of Managers of Riverhouse One Rockefeller Park Condominium with respect to its interest in and claims against defendant 2 River Terrace Apartment 12J LLC and the condominium unit identified as 2 River Terrace, Unit 12J, New York, New York, Block 16, Lot 3741.

**PLEASE TAKE FURTHER NOTICE**, that request is hereby made for service of all future papers, including but not limited to orders, pleadings, motions, notices and discovery demands filed in the above-captioned proceeding be directed or served upon the undersigned attorneys for the Residential Board of Managers of Riverhouse One Rockefeller Park Condominium at the office address set forth below.

Dated: New York, New York
October 8, 2020

                                    ROSENBERG & PITTINSKY, LLP
                                    Attorneys for Residential Board of Managers of
                                    Riverhouse One Rockefeller Park Condominium

                                        */s/ Laurence D. Pittinsky*
                       By: _____
                               Laurence D. Pittinsky, Esq.
                       232 Madison Avenue, Suite 906
                       New York, New York 10016
                       Tel.: (212) 286-6100, Ext. 308
                       Fax.: (212) 286-6818
                       Email: larry@rpllplaw.com

To:    Jeffrey P Nolan, Esq.
        Pachulski Stang Ziehl & Jones LLP
        Attorneys for Plaintiff Howard M. Ehrenberg
        780 Third Avenue, 34th Floor
        New York, New York 10017
        (310) 772-2313
        (310) 201-0760 (fax)
        jnolan@pszjlaw.com

        Ilan D Scharf, Esq.
        Pachulski Stang Ziehl & Jones LLP
        Attorneys for Plaintiff Howard M. Ehrenberg
        780 Third Avenue, 36th Floor
        New York, New York 10017
        (212) 561-7721
        (212) 561-7777 (fax)
        ischarf@pszyjw.com

Albert Y. Dayan, Esq.
Dayan Law Firm, PLLC
Attorneys for Defendant Elena Sartison
80-02 Kew Gardens Road, Suite 902
Kew Gardens, New York 11415
(718) 268-9400
dayanlaw@aol.com

J Ted Donovan, Esq.
Goldberg Weprin Finkel Goldstein LLP
Attorneys for Defendants Clodagh B
1501 Broadway, 22nd Floor
New York, New York 10036
(212) 301-6943
(212) 422-6836 (fax)
Tdonovan@gwfglaw.com

Riverhouse RP 12J.noa.wpd