Ilan D. Scharf
Jeffrey P. Nolan (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
ischarf@pszjlaw.com
jnolan@pszjlaw.com

*Counsel for the Plaintiff,*
*Howard M. Ehrenberg in his capacity*
*as Liquidating Trustee of Orion Healthcorp, Inc., et al.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ORION HEALTHCORP, INC[1]. | : | Case No. 18-71748 (AST) |
| Debtors. | : | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | : | |
| Plaintiff, | : | |
| v. | : | |
| EVICORE HEALTHCARE MSI, LLC | : | Adv. Pro. No. 20-08038 (AST) |
| HOWARD M. SCHOOR | : | Adv. Pro. No. 20-08042 (AST) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digit:s of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

| | | |
|---|---|---|
| ARVIND WALIA; NIKNIM MANAGEMENT INC. | : | Adv. Pro. No. 20-08049 (AST) |
| ELENA SARTISON; 2 RIVER TERRACE APARTMENT 12J, LLC; CLODAGH BOWYER GREENE A/K/A CLODAGH BOWYER; ELLIOTT GREENE | : : : : : | Adv. Pro. No. 20-08051 (AST) |
| ABRUZZI INVESTMENTS, L.L.C.; JOHN PETROZZA | : : : | Adv. Pro. No. 20-08052 (AST) |

## AGENDA FOR OCTOBER 15, 2020 HEARING

Time and Date of Hearing:  October 15, 2020 at 9:30 a.m. (prevailing Eastern Time)

Location of Hearing:  Pursuant to Court Order the Hearing will take place via teleconference. All parties, including attorneys, clients, and *pro se* parties, may appear telephonically in accordance with the instructions below. Parties do not need to contact the Courtroom Deputy to request prior authorization to appear telephonically.

All parties must email the Courtroom Deputy at: ast_hearings@nyeb.uscourts.gov at least 24 hours in advance of the scheduled hearing to identify the parties that will appear. All attorneys must also identify the party the attorney represents. Please note that you should call in for the time in which your hearing is scheduled. Additionally, depending on where your case is on the calendar, you may have to wait a little while, so please put your phone on mute until your case is called.

Audio Participation:  **Below are the instructions to be used to dial in for the telephonic appearance:**

**Dial in Number 888-808-6929**

**Access Code – 2181522**

**Announce who you are each time before speaking**

**Avoid the use of a speaker phone (use a landline if possible)**

**All persons not speaking should mute their phones**

**Speak up and enunciate so that you can be heard and understood**

Copies of Motions:  Copies of the pleadings below may be obtained from the Court's website at http://www.nyeb.uscourts.gov/ by obtaining a PACER login

and password from the Court's website (a PACER password is obtained by accessing the PACER website at: http://pacer.psc.uscourts.gov). The pleadings are also available at no cost on the following website maintained by the Liquidating Trustee: http://dm.epiq11.com/orionhealthcorp.

**BANKRUPTCY CASE:**

**I.  Orion Healthcorp, Inc., Case No. 18-71748**

1. Amended Pro Hac Vice Motion [Docket No. 857]

   **Status: The proposed order has been submitted.**

**ADVERSARY PROCEEDINGS:**

**II.  Ehrenberg v. Evicore Healthcare MSI, LLC, Adv. Pro. No. 20-08038**

2. Pretrial Status Conference

   **Related Documents:**

   A. Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550 [Docket No. 1]

   B. Answer with Affirmative Defenses [Docket No. 3]

   C. Initial Scheduling Order [Docket No. 6]

   **Status: The Pre-Trial Status Conference is going forward.**

**III.  Ehrenberg v. Schoor, Adv. Pro. No. 20-08042**

3. Pre-Trial Status Conference

   **Related Documents:**

   A. Complaint for Avoidance and Recovery of: (1) Fraudulent Transfers; and (2) Recovery of (2) Avoided Transfers Pursuant to 11 U.S.C. §§ 544, 548 and 550 [Docket No. 1]

   B. Answer to Complaint for Avoidance and Recovery of: (1) Fraudulent Transfers; and (2) Recovery of (2) Avoided Transfers Pursuant to 11 U.S.C. §§ 544, 548 and 550 [Docket No. 5]

   C. Initial Scheduling Order [Docket No. 9]\

    D. Letter to the Court pursuant to 7056-1 request for pre-motion conference regarding request to file a Motion for Summary Judgment [Docket No. 16]

**Status:** **The Pre-Trial Status Conference is going forward.**

## IV. Ehrenberg v. Walia, *et al.*, Adv. Pro. No. 20-08049

4. Pretrial Status Conference

**Related Documents:**

    A. Complaint for Avoidance and Recovery of: (1) Fraudulent Transfers; (2) Preferential Transfers; (3) Recovery of Avoided Transfers; and (4) Objection to Claim No. 1067 Pursuant to 11 U.S.C. §§ 502, 544, 547 548 and 550 [Docket No. 1]

    B. Answer and Affirmative Defenses [Docket No. 6]

    C. Initial Scheduling Order [Docket No. 7]

**Status:** **The Pre-Trial Status Conference is going forward.**

## V. Ehrenberg v. Porteck Corporation, *et al.*, Adv. Pro. No. 20-08050

5. Default Judgment Motion

**Related Documents:**

    A. Notice of Presentment and Motion For Entry of a Clerk's Certificate of Default and For Entry of Default Judgment Against Defendants Porteck Corporation and Visient Corp d/b/a Porteck Corporation [Docket No. 4]

**Status:** **The proposed order was submitted on September 21, 2020.**

## VI. Ehrenberg v. Sartison, *et al.*, Adv. Pro. No. 20-08051

6. Pre-Trial Status Conference

**Related Documents:**

    A. Complaint for Avoidance and Recovery of Fraudulent Transfers, Turnover of Property of the Estate; Recovery of Avoided Transfers and Declaratory Relief Pursuant to 11 U.S.C. §§ 542, 544, 548 and 550 [Docket No. 1]

    B. Answer of the Greene Defendants [Docket No. 3]

    C. Initial Scheduling Order [Docket No. 10]

    D. Answer of Elena Sartison [Docket No. 11]

    E. Motion for Entry of Default and For Entry of Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC [Docket No. 21]; Request for Judicial Notice in Support of Motion for Entry of Default and For Entry of Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC [Docket No. 22]

    F. Notice of Filing Pendency of Action [Docket No. 26]

    G. Sheriff's Adjourned Realty Execution Sale for November 4, 20202 regarding 2 River Terrace, Apt. 12J

**Status: This matter is going forward.**

### VII. Ehrenberg v. Abruzzi Investments, L.L.C, Adv. Pro. No. 20-08052

7. Pre-Trial Status Conference

8. Motion to Withdraw as Attorney

**Related Documents:**

    A. Complaint for Avoidance and Recovery of Fraudulent Transfers and Recovery of Avoided Transfers and Objection to Claim Nos. 10063 & 10064 [Docket No. 1]

    B. Answer [Docket No. 5]

    C. Initial Scheduling Order [Docket No. 6]

    D. Declaration of Joseph Z. Amsel, Esq. in Support of Application to Withdraw As Attorney of Record for Defendants Abruzzi Investments, L.L.C. and John Petrozza [Docket No. 10]

    E. Supplemental Declaration of Joseph Z. Amsel, Esq. in Support of Application to Withdraw As Attorney of Record for Defendants Abruzzi Investments, L.L.C. And John Petrozza [Docket No. 11]

    F. Response and Limited Opposition of Plaintiff, Howard M. Ehrenberg, to Application to Withdraw as Attorney of Record for Defendants Abruzzi Investments L.L.C. And John Petrozza [Docket No. 12]

    G. Declaration of Jeffrey P. Nolan in Support of Response and Limited Opposition of Plaintiff, Howard M. Ehrenberg, to Application to

       Withdraw as Attorney of Record for Defendants Abruzzi Investments L.L.C. And John Petrozza [Docket No. 13]

**Status:** This matter is going forward.

Dated: New York, New York
       October 13, 2020

       */s/ Jeffrey P. Nolan*
       Ilan D. Scharf, Esq.
       Jeffrey P. Nolan, Esq. (admitted *pro hac vice*)
       PACHULSKI STANG ZIEHL & JONES LLP
       780 Third Avenue, 34th Floor
       New York, New York 10017
       Telephone:   (212) 561-7700
       Facsimile:   (212) 561-7777

*Counsel for the Plaintiff,*
*Howard M. Ehrenberg in his capacity as*
*Liquidating Trustee of Orion Healthcorp, Inc., et al.*