ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300
Fred B. Ringel

-----------------------------------------------------------------X
In re:

ORION HEALTHCORP, INC.,[1]

Debtors.
-----------------------------------------------------------------X
HOWARD M. EHRENBERG IN HIS CAPACITY
AS LIQUIDATING TRUSTEE OF ORION
HEALTHCORP., INC., *ET AL.*,

Plaintiff,

ELENA SARTISON; 2 RIVER TERRACE
APARTMENT 12J, LLC; CLODAGH BOWYER
GREENE A/K/A CLODAGH BOWYER; ELLIOTT
GREENE,

Defendants.
-----------------------------------------------------------------X

Chapter 11

Case No. 18-71748 (AST)
(Jointly Administered)

Adv. Pro. No. 20-08051 (AST)

## REQUEST TO BE REMOVED FROM
## SERVICE LIST IN ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that the undersigned hereby requests, on behalf of

Phillip Thomas and Adam Greene, shareholders in Robinson Brog Leinwand

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions LLC (2703); NEMS West Virginia< LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown); Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

{01081724.DOC;1 }644055

Greene Genovese & Gluck P.C.("Robinson Brog") that they and the law firm, Robinson Brog, be removed from the service list in this adversary proceeding. Neither Mr. Thomas or Mr. Greene or Robinson Brog have appeared in this adversary proceeding for any party and they do not represent 2 River Terrace Apartment 12J LLC, the party the plaintiff has purportedly served by mailing pleadings to Robinson Brog. According to the answer filed in this case, Maryann N. Hadden or the Parlatore Law Group has appeared as counsel for 2 River Terrace Apartment 12J, LLC, the party on whose behalf Robinson Brog has been served. ECF Doc. No. 41.

PLEASE TAKE FURTHER NOTICE that this request relates to all service lists in this adversary proceeding and includes the Court's CM/ECF electronic notification list, effective immediately.

The undersigned hereby certifies that it has no controversy pending before the Court in this adversary proceeding and represents no client in the above matter.

**DATED:** New York, New York
December 11, 2020

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
*Counsel for Phillip Thomas and Adam Greene*
*And Robinson Brog Leinwand Greene Genovese &*
*Gluck P.C.*
875 Third Avenue, 9th Floor
New York, New York 10022
Tel: No.: 212-603-6300

By: /s/ Fred B. Ringel
**Fred B. Ringel**