

**PACHULSKI
STANG
ZIEHL
JONES**

L A W   O F F I C E S
LIMITED LIABILITY PARTNERSHIP

L O S   A N G E L E S ,   C A
S A N   F R A N C I S C O ,   C A
W I L M I N G T O N , D E
N E W   Y O R K ,   N Y

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

Jeffrey P. Nolan                    February 23, 2021                    jnolan@pszjlaw.com

The Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

   Re: **In re: Orion HealthCorp, Inc.,** *et al.*
     **Howard M. Ehrenberg v. Sartison, et al.,**
     <u>**Adv. Proc. No. 20-08051-AST**</u>

Dear Judge Trust:

  We are counsel for Howard M. Ehrenberg in his capacity as
Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "<u>Liquidating
Trustee</u>") as plaintiff in the above referenced adversary proceeding.

  On February 10, 2021, pursuant to the instruction of the Court
at the hearing held on February 9, 202,1 counsel for the Liquidating
Trustee circulated to all parties for comment a draft Judgment
Granting Plaintiff's Motion For Summary Judgment, In Part, As
Against Defendant 2 River Terrace Apartment 12J, LLC (the
"Proposed Judgment")

  After incorporating changes from counsel, Plaintiff filed and
uploaded the Proposed Judgment with the Court on February 17,
2021, Docket No. 42

      Very truly yours,

      */s/ Jeffrey P. Nolan*

      Jeffrey P. Nolan

JPN:lsc

cc: Counsel for Defendants (Via ECF)

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**
FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**
FACSIMILE: 212/561 7777

DOCS_LA:336211.1 65004/003