**APPEAL**

# U.S. Bankruptcy Court
# Eastern District of New York (Central Islip)
# Adversary Proceeding #: 8−20−08051−ast

*Assigned to:* Judge Alan S. Trust  
*Lead BK Case:* 18−71748  
*Lead BK Title:* Orion Healthcorp, Inc.  
*Lead BK Chapter:* 11  
*Demand:* $5000000  
   *Nature[s] of Suit:*   13 Recovery of money/property − 548 fraudulent transfer

*Date Filed:* 03/14/20

*Plaintiff*
-----------------------

| | |
|---|---|
| **Howard M. Ehrenberg,** *in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al* | represented by **Jeffrey P Nolan**<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>310−772−2313<br>Fax : 310−201−0760<br>Email: jnolan@pszjlaw.com<br>*LEAD ATTORNEY*<br><br>**Ilan D Scharf**<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>36th Floor<br>New York, NY 10017<br>(212) 561−7721<br>Fax : (212) 561−7777<br>Email: ischarf@pszyjw.com |

V.

*Defendant*
-----------------------

| | |
|---|---|
| **Elena Sartison** | represented by **Albert Y. Dayan**<br>80−02 Kew Gardens Road<br>Suite 902<br>Kew Gardens, NY 11415<br>(718) 268−9400<br>Email: dayanlaw@aol.com<br>*LEAD ATTORNEY*<br><br>**Albert Yukhanan Dayan**<br>Dayan Law Firm, PLLC.<br>80−02 Kew Gardens Rd.<br>Suite 902<br>Kew Gardens, NY 11415<br>718−268−9400<br>Fax : 718−268−9404 |

Email: dayanlaw@aol.com

*Defendant*
-----------------------
**2 River Terrace Apartment 12J, LLC**     represented by **Maryam N Hadden**
Parlatore Law Group
One World Trade Center, Suite 8500
New York, NY 10007
646−846−6382
Fax : 212−409−8972
Email: maryam.hadden@parlatorelawgroup.com

**Charles E Simpson**
Windels Marx Lane & Mittendorf
156 West 56th Street
New York, NY 10019
(212) 237−1000
Fax : (212) 262−1215
Email: csimpson@windelsmarx.com

*Defendant*
-----------------------
**Clodagh Bowyer Greene a/k/a Clodagh Bowyer**     represented by **J Ted Donovan**
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036
(212)−301−6943
Fax : (212)−422−6836
Email: Tdonovan@gwfglaw.com

*Defendant*
-----------------------
**Elliott Greene**     represented by **J Ted Donovan**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 03/22/2021 | 75 | Appellant Designation of Contents For Inclusion in Record On Appeal *to District Court Dkt 21−cv−01239* Filed by Maryam N Hadden on behalf of 2 River Terrace Apartment 12J, LLC (RE: related document(s)69 Notice of Appeal filed by Defendant 2 River Terrace Apartment 12J, LLC). Appellee designation due by 04/5/2021. (Attachments: # 1 Certification of Service)(Hadden, Maryam) (Entered: 03/22/2021) |
| 04/05/2021 | 76 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg (RE: related document(s)69 Notice of Appeal filed by Defendant 2 River Terrace Apartment 12J, LLC). (Attachments: # 1 Certificate of Service)(Nolan, Jeffrey) (Entered: 04/05/2021) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------
2 RIVER TERRACE APARTMENT 12J, LLC,    :
                                        :
                    Appellant,          :
                                        :   Dkt. No. 21-cv-01239(JMA)
v.                                      :
                                        :   **APPELLANT'S DESIGNATION**
HOWARD M. EHRENBERG IN HIS              :   **OF RECORD AND STATEMENT**
CAPACITY AS LIQUIDATING TRUSTEE         :   **OF ISSUES ON APPEAL FROM**
OF ORION HEALTHCORP, INC., et al.,      :   **BANKRUPTCY COURT**
                                        :
                    Appellee.           :
---------------------------------------------------------------

## DESIGNATION OF RECORD

| Bankruptcy Docket No. | Date Entered in the Bankruptcy Docket | Description or Document or Transcript |
|---|---|---|
| 64 | 3/1/2021 | Order on Motion for Summary Judgment |
| 42 | 12/1/2020 | Motion for Summary Judgment |
| 43 | 12/1/2020 | Statement of Undisputed Facts |
| 44 | 12/1/2020 | Affidavit in Support |
| 45 | 12/1/2020 | Affidavit in Support |
| 46 | 12/1/2020 | Request for Separate Notice |
| 47 | 12/3/2020 | Amended Notice of Presentment of Order |
| 50 | 12/30/2020 | Memorandum of Law in Opposition |
| 51 | 12/30/2020 | Statement of Undisputed Facts |
| 52 | 1/6/2021 | Reply |
| 53 | 1/6/2021 | Affidavit in Support |
| 54 | 1/6/2021 | Affidavit in Support |
| 55 | 1/6/2021 | Statement of Undisputed Facts - Joint |
| 56 | 1/6/2021 | Motion to Strike |
| 58 | 1/8/2021 | Notice of Submission of Proposed Order |
|  | 1/21/2021 | Transcript of Hearing |
|  | 2/9/2021 | Transcript of Hearing/Decision |
| 1 | 3/14/2020 | Complaint |
| 41 | 11/24/2020 | Answer to Complaint |

# STATEMENT OF ISSUES

1. Whether the Bankruptcy Court erred in relying upon a New York State statutory presumption of insolvency in order to grant Appellee's summary judgment motion when the issue of actual solvency was disputed by the parties.

2. Whether the Bankruptcy Court abused its discretion by striking Appellant's supporting materials rather than allowing Appellant a further opportunity to properly support Appellant's assertions of fact when Appellant offered to do so pursuant to Fed. R. Civ. Pro. 56.


Dated:  New York, New York          By:    */s/Maryam N. Hadden*_____
       March 22, 2021                                    Maryam N. Hadden, Esq.
                                                                             Parlatore Law Group, LLP
                                                                             One World Trade Center, Suite 8500
                                                                             New York, New York   10007
                                                                             Maryam.hadden@parlatorelawgroup.com
                                                                             (646)846-6382

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------
2 RIVER TERRACE APARTMENT 12J, LLC,　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Appellant,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　　　Dkt. No. 21-cv-01239(JMA)
v.　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　　　**APPELLANT'S DESIGNATION**
HOWARD M. EHRENBERG IN HIS　　　　　　:　　　**OF RECORD AND STATEMENT**
CAPACITY AS LIQUIDATING TRUSTEE　　　　:　　　**OF ISSUES ON APPEAL FROM**
OF ORION HEALTHCORP, INC., et al.,　　　　:　　　**BANKRUPTCY COURT**
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Appellee.　　　　　　　　　　:
---------------------------------------------------------------

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 22, 2021, a copy of Appellant's Designation of Record and Statement of Issues on Appeal from Bankruptcy Court, was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon:

Ilan D. Scharf
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Jeffrey P. Nolan
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067

J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
New York, NY 10036

Albert Y. Dayan
80-02 Kew Gardens Road, Suite 902
Kew Gardens, NY  11415


Dated:  New York, New York　　　　　　By:　　*/s/Maryam N. Hadden*
　　　　　March 22, 2021　　　　　　　　　　　Maryam N. Hadden, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Parlatore Law Group, LLP
　　　　　　　　　　　　　　　　　　　　　　　　One World Trade Center, Suite 8500
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York   10007
　　　　　　　　　　　　　　　　　　　　　　　　Maryam.hadden@parlatorelawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　　(646)846-6382

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC[1]. | Case No. 18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | Adv. Pro. No. 20-08051 (AST) |
| Plaintiff, | |
| v. | |
| ELENA SARTISON; 2 RIVER TERRACE APARTMENT 12J, LLC; CLODAGH BOWYER GREENE A/K/A CLODAGH BOWYER; ELLIOTT GREENE, | |
| Defendants. | |

**APPELLEE, HOWARD M. EHRENBERG'S COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD & ISSUES ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 800(a)(2), Appellee Howard M. Ehrenberg, hereby makes the following Counter-Designation of Issues On Appeal and Counter-Designation of additional items to be included in the record on appeal in addition to the Designation Of Record filed by Appellant [Dkt. No. 75] in connection with the *Notice of Appeal*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 203, Middletown, NJ 07748.

filed by 2 River Terrace Apartment 12J, LLC ("Appellant") in this case on March 22, 2021 [Dkt. No. 69]:

  I. **Counter; Additional Issues on Appeal**:

Is The Judgment Granting Plaintiff's Motion For Summary Judgment, In Part, as Against Defendant 2 River Terrace, Apt. 12 J, LLC a Final Appealable Order?

  II. **Supplemental Designation of Record**:

|  | **Filing Date** | **Case No./ Docket No.** | **Item.** |
|---|---|---|---|
| 1. | 09/30/2020 | 21 | Notice Of Presentment Of Motion For Entry Of Default And For Entry Of Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC |
| 2. | 09/30/2020 | 22 | Request For Judicial Notice In Support Of Motion For Entry Of Default And For Entry Of Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC |
| 3. | 10/02/2020 | 23 | Certificate of Service filed by Jeffrey Nolan on behalf of Howard Ehrenberg .re Notice and Motion for Entry of Default and For Entry of Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC; and Request for Judicial Notice in Support of Motion for Entry of Default and For Entry of Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC |
| 4. | 10/02/2020 | 24 | Affidavit of Service – Secretary of State service of Notice Of Presentment Of Motion For Entry Of Default And For Entry Of Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC |
| 5. | 10/25/2020 | 25 | Notice Of Appearance And Demand For Service Of Papers For The Residential Board Of |

2

| | **Filing Date** | **Case No./ Docket No.** | **Item.** |
|---|---|---|---|
| | | | Managers Of Riverhouse One Rockefeller Park Condominium |
| 6. | 10/26/2020 | 31 | Objection To Motion For Entry Of Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC |
| 7. | 11/03/2020 | 32 | Reply In Support Of Plaintiff's Motion For Default Judgment Against Defendant, 2 River Terrace Apartment 12J, LLC |
| 8. | 11/03/2020 | 33 | Affidavit Of Jeffrey P. Nolan In Support Of Reply Of Plaintiff's Motion For Default Judgment Against 2 River Terrace Apartment 12J, LLC |
| 9. | 11/03/2020 | 34 | Affidavit Of La Asia S. Canty In Support Of Reply Of Plaintiffs' Motion For Default Judgment Against 2 River Terrace Apartment 12J, LLC |
| 10. | 11/03/2020 | 35 | Certificate Of Service filed by Jeffrey Nolan on behalf of Howard M. Ehrenberg re Plaintiff's Reply in Support of Plaintiff's Motion for Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC; Affidavit of Jeffrey P. Nolan in Support of Reply of Plaintiff's Motion for Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC; and Affidavit of La Asia S. Canty in Support of Reply of Plaintiff's Motion for Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC |
| 11. | 11/09/2020 | 36 | Order And Notice Of Hearing |
| 12. | 11/16/2020 | 37 | Order Denying Motion For Entry Of Default And For Entry Of Default Judgment Against Defendant 2 River Terrace Apartment 12J, LLC |
| 13. | 01/07/2021 | 57 | Certificate of Service filed by Jeffrey Nolan on behalf of Howard M. Ehrenberg re Reply filed by |

|   | **Filing Date** | **Case No./ Docket No.** | **Item.** |
|---|---|---|---|
|   |   |   | Plaintiff Howard M. Ehrenberg; Affidavit in Support filed by Howard M. Ehrenberg; Affidavit in Support filed by Howard M. Ehrenberg; Statement of Undisputed Facts filed by Plaintiff Howard M. Ehrenberg; Motion to Strike filed by Plaintiff Howard M. Ehrenberg |
| 14. | 01/25/2021 | 60 | Notice of Hearing To Issue Ruling On Plaintiff's Motion For Summary Judgment Or In The Alternative Summary Adjudication Against Defendant 2 River Terrace Apartment 12J, LLC. |
| 15. | 02/17/2021 | 62 | Notice of Submission of Proposed Order Filed by Howard M. Ehrenberg |
| 16. | 02/23/2021 | 63 | Letter re: Proposed Judgment Filed by Jeffrey P. Nolan on behalf of Howard M. Ehrenberg |

Dated: New York, New York
April 5, 2021

    */s/ Jeffrey P. Nolan*
Ilan D. Scharf, Esq.
Jeffrey P. Nolan, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

Counsel for the Appellee/Plaintiff
Howard M. Ehrenberg in his capacity as
Liquidating Trustee of Orion Healthcorp, Inc., *et al*.

# CERTIFICATE OF SERVICE

STATE OF NEW JERSEY )
                                       ) ss.:
COUNTY OF SOMERSET )

I, La Asia S. Canty, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On April 5, 2021, I caused a true and correct copy of the following document to be served via electronic mail and First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**:

➢ *Howard M. Ehrenberg's Counter-Designation Of Items To Be Included In Record*

                                                                */s/ La Asia S. Canty*
                                                                     La Asia S. Canty

## EXHIBIT 1

Maryam N. Hadden, Esq.
Parlatore Law Group, LLP
One World Trade Center, Suite 8500
New York, NY 10007
Email: Maryam.hadden@parlatorelawgroup.com

*Attorney for Defendant 2 River Terrace*

Albert Y. Dayan, Esq.
80-02 Kew Gardens Road
Suite 902
Kew Gardens, NY 11415
Email: dayanlaw@aol.com

*Attorney at Defendant Elena Sartison*

Laurence D. Pittinsky, Esq.
Rosenberg & Pittinsky, LLP
232 Madison Avenue, Suite 906
New York, New York 10016
Email: larry@rpllaw.com

*Counsel to Residential Board of Managers of the Riverhouse on Rockefeller*

Kevin J. Nash, Esq.
J Ted Donovan, Esq.
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 22nd Floor
New York, NY 10036
Email: knash@gwfglaw.com
           Tdonovan@gwfglaw.com
           jstrauss@gwfglaw.com

*Attorneys for Defendants Clodagh Bowyer Greene and Elliott Greene*