UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC[1]. | Case No. 18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | Adv. Pro. No. 20-08051 (AST) |
| Plaintiff, | |
| v. | |
| ELENA SARTISON; 2 RIVER TERRACE APARTMENT 12J, LLC; CLODAGH BOWYER GREENE A/K/A CLODAGH BOWYER; ELLIOTT GREENE, | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

STATE OF NEW JERSEY    )
                                              )    ss.:
COUNTY OF SOMERSET    )

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

I, La Asia S. Canty, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On May 28, 2021, I caused a true and correct copy of the following document to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**:

➢ *Order Setting Pre-Trial Conferences By Video Conference and Establishing Related Deadlines* [Docket No. 81].

       */s/ La Asia S. Canty*
       La Asia S. Canty

# **EXHIBIT 1**

Maryam N. Hadden, Esq.  
Parlatore Law Group, LLP  
One World Trade Center, Suite 8500  
New York, NY 10007  
Email: Maryam.hadden@parlatorelawgroup.com  

*Attorney for Defendant 2 River Terrace*

Laurence D. Pittinsky, Esq.  
Rosenberg & Pittinsky, LLP  
232 Madison Avenue, Suite 906  
New York, New York 10016  
Email: larry@rpllaw.com  

*Counsel to Residential Board of Managers of the Riverhouse on Rockefeller*

Albert Y. Dayan, Esq.  
80-02 Kew Gardens Road  
Suite 902  
Kew Gardens, NY 11415  
Email: dayanlaw@aol.com  

*Attorney at Defendant Elena Sartison*

Kevin J. Nash, Esq.  
J Ted Donovan, Esq.  
Goldberg Weprin Finkel Goldstein LLP  
1501 Broadway, 22nd Floor  
New York, NY 10036  
Email: knash@gwfglaw.com  
         Tdonovan@gwfglaw.com  
         jstrauss@gwfglaw.com  

*Attorneys for Defendants Clodagh Bowyer Greene and Elliott Greene*