UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ORION HEALTHCORP, INC[1]. | : | Case No. 18-71748 (AST) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | : | Adv. Pro. No. 20-08051 (AST) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ELENA SARTISON; 2 RIVER TERRACE APARTMENT 12J, LLC; CLODAGH BOWYER GREENE A/K/A CLODAGH BOWYER; ELLIOTT GREENE, | : | |
| | : | |
| Defendants. | : | |

# CERTIFICATE OF SERVICE

STATE OF NEW JERSEY    )
                       )    ss.:
COUNTY OF SOMERSET     )

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

I, La Asia S. Canty, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On June 14, 2021, I caused a true and correct copy of the following document to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**:

> *Trustee's Opposition to Defendant 2 River Terrace Apartment 12J LLC's Motion Pursuant to Rule 8007 for a Stay of the Court's March 1, 2021, Summary Judgment Order Pending Appeal* [Docket No. 87].

        */s/ La Asia S. Canty*
        La Asia S. Canty

# **EXHIBIT 1**

| | |
|---|---|
| Maryam N. Hadden, Esq.<br>Parlatore Law Group, LLP<br>One World Trade Center, Suite 8500<br>New York, NY 10007<br>Email: Maryam.hadden@parlatorelawgroup.com<br><br>*Attorney for Defendant 2 River Terrace* | Albert Y. Dayan, Esq.<br>80-02 Kew Gardens Road<br>Suite 902<br>Kew Gardens, NY 11415<br>Email: dayanlaw@aol.com<br><br>*Attorney at Defendant Elena Sartison* |
| Laurence D. Pittinsky, Esq.<br>Rosenberg & Pittinsky, LLP<br>232 Madison Avenue, Suite 906<br>New York, New York 10016<br>Email: larry@rpllplaw.com<br><br>*Counsel to Residential Board of Managers of the Riverhouse on Rockefeller* | Kevin J. Nash, Esq.<br>J Ted Donovan, Esq.<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway, 22nd Floor<br>New York, NY 10036<br>Email: knash@gwfglaw.com<br>　　　　Tdonovan@gwfglaw.com<br>　　　　jstrauss@gwfglaw.com<br><br>*Attorneys for Defendants Clodagh Bowyer Greene and Elliott Greene* |