UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------

In re:

ORION HEALTHCORP, INC, et al.,

              Debtors.

----------------------------------------

HOWARD M. EHRENBERG IN HIS CAPACITY
AS LIQUIDATING TRUSTEE OF ORION
HEALTHCORP, INC*., ET AL.*,

              Plaintiff,

v.

ELENA SARTISON, *ET AL.*,

              Defendants.

----------------------------------------

:
:
: Chapter 11
:
: Case No. 18-71748 (AST)
:
: (Jointly Administered)
:
:
: Adv. Pro. No. 20-08051 (AST)
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**ORDER DENYING MOTION OF DEFENDANT 2 RIVER TERRACE
APARTMENT 12J LLC FOR A STAY OF THE COURT'S MARCH 1, 2021,
SUMMARY JUDGMENT ORDER PENDING APPEAL PURSUANT TO RULE 8007**

Upon consideration of the *Motion by Defendant 2 River Terrace Apartment 12J, LLC for

a Stay of the Court's March 1, 2021, Summary Judgment Order Pending Appeal Pursuant to

Rule 8007* [Docket No. 84] (the "<u>Motion</u>") seeking to stay this Court's March 1, 2021 *Judgment

Granting Plaintiff's Motion For Summary Judgment, In Part, As Against Defendant 2 River

Terrace Apartment 12J, LLC* [Dkt. No. 64]; and upon consideration of the *Trustee's Opposition

to Defendant 2 River Terrace Apartment 12J LLC's Motion Pursuant to Rule 8007 for a Stay of

the Court's March 1, 2021 Summary Judgment Order Pending Appeal* (the "<u>Opposition</u>"); and

upon the arguments of counsel at the hearing held on June 16, 2021; and upon all of the evidence

at the Hearing; and the Court having taken judicial notice of pleadings, documents and evidence

in this Chapter 11 Case [Case No. 18-7178] and this Adversary Proceeding; and due and proper

notice of the Motion having been given; and after due deliberation and good and sufficient cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.    The Motion is DENIED as 2 River Terrace Apartment 12J LLC (the "<u>Defendant</u>") has not met its burden for the reasons stated on the record;

2.    As stated on the record, had the Defendant sustained its burden on the Motion, the Court would have  conditioned a stay upon the Defendant's: (a) payment of the outstanding debt owed to the Residential Board (estimated to be $500,000) within 14 days and removal of the lien against the property to remove any threat of a sheriff's sale of 2 River Terrace, Apartment 12JK, New York, N.Y. (the "<u>Property</u>"), (b) posting within 14 days of a bond in the amount of $5,000,000 to protect appellee from loss during the appeal which includes the sales price of the contract of sale accepted by the Trustee – plaintiff for the sale of the Property plus costs for ongoing monthly common charges, and  (c) a limit of the stay for one year at which time the Court would revisit status and requirement of any further security.



**Dated: June 25, 2021**
**Central Islip, New York**

_____
**Alan S. Trust**
**Chief United States Bankruptcy Judge**